IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**WILLIAM NELSON, III**                                                                 **PLAINTIFF**

v.                                                                    No. 3:18CV189-GHD-JMV

**WARDEN LEPHER JENKINS
MR. DEAN, CHIEF OF SECURITY
SGT. TONYA BOYD, DISCIPLINARY HEARING OFFICER
CORRECTIONS OFFICER N. MARION
MS. DAVENPORT, DISCIPLINARY INVESTIGATOR
HAROLD TATUM**                                                                 **DEFENDANTS**

**ORDER** *GRANTING IN PART AND DENYING IN PART*
**PLAINTIFF'S MOTION FOR DISCOVERY**

The plaintiff has filed a motion to conduct discovery in the present case proceeding under 42 U.S.C. § 1983 challenging the conditions of his confinement. The plaintiff is currently incarcerated at the Marshall County Correctional Facility. Discovery in *pro se* prisoner conditions of confinement cases is limited to that set forth in the court's scheduling order. The defendant has filed two notices with the court stating that she had complied with the court's order regarding discovery in this case. The plaintiff argues, however, that the defendant has not provided discovery regarding:

(1) Copies of grievances *the plaintiff* had filed against the defendant;

(2) Copies of *any* grievances filed against the defendant regarding use of excessive force;

(3) Documents showing the reason the defendant was terminated from employment with the Marshall County Correctional Facility;

(4) Photographs and video of the incident.

Doc. 35 at 3.

The plaintiff's requests in (1), (2), (3), and (4) are **GRANTED**, *to the extent that they involve the plaintiff and the incident at issue in this case, that they have not already been turned over – and to*

*the extent that such documents exist*.   The plaintiff's request is **DENIED** to the extent that it involves other inmates and other incidents.

      **SO ORDERED**, this, the 22nd day of July, 2019.

                                    /s/    Jane M. Virden
                                    UNITED STATES MAGISTRATE JUDGE