IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**WILLIAM NELSON, III**                                                                  **PLAINTIFF**

v.                                                                                  No. 3:18CV189-GHD-JMV

**WARDEN LEPHER JENKINS**
**MR. DEAN, CHIEF OF SECURITY**
**SGT. TONYA BOYD, DISCIPLINARY HEARING OFFICER**
**CORRECTIONS OFFICER N. MARION**
**MS. DAVENPORT, DISCIPLINARY INVESTIGATOR**
**HAROLD TATUM**                                                                      **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the motion by the defendants for summary judgment is **GRANTED**, and the instant case is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

**SO ORDERED**, this, the 6th day of February, 2020.

_____
SENIOR U.S. DISTRICT JUDGE